**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                                                    Case No.   1:22-cv-9363-JHR-SLC

                  Plaintiff,

          - against -

STRAIGHT DOWN ENTERPRISES,

                  Defendant.
-------------------------------------------------------------X

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs

or attorneys' fees, of the above-referenced matter against Straight Down Enterprises.

Dated: Scarsdale, New York
       January 10, 2023

                         SHAKED LAW GOUP, P.C.
                         Attorneys for Plaintiff

                         By:_____
                         Dan Shaked, Esq.
                         14 Harwood Court, Suite 415
                         Scarsdale, NY 10583
                         Tel. (917) 373-9128
                         e-mail: ShakedLawGroup@Gmail.com